UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| WILLIAM C. DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 2:17-cv-00152-WTL-MJD |
| ) | |
| S. JULIAN Warden, ) | |
| BUREAU OF PRISONS, ) | |
| ) | |
| Defendants. ) | |

**Entry Discussing Filing Fee and Complaint and Directing Service of Process**

**I. Background**

Plaintiff William C. Davis is an inmate confined at the Terre Haute Federal Correctional Institution. He brings this action pursuant to the Administrative Procedures Act ("APA"), 5 U.S.C. §§ 702, 706. He names Warden S. Julian and the Bureau of Prisons as defendants.

**II. Filing Fee**

The plaintiff shall have **through May 15, 2017,** in which to either pay the $400.00 filing fee for this action or demonstrate that he lacks the financial ability to do so. If he seeks leave to proceed *in forma pauperis*, his request must be accompanied by a copy of the transactions associated with his institution trust account for the 6-month period preceding the filing of this action on April 4, 2017. Failure to do so may result in the dismissal of the action for failure to prosecute.

## III. Screening

The complaint is subject to the screening requirement of 28 U.S.C. § 1915A(b). This statute directs that the court dismiss a complaint or any claim within a complaint which "(1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or (2) seeks monetary relief from a defendant who is immune from such relief." *Id.*

Plaintiff alleges that the Bureau of Prisons ("BOP") has denied him placement into a halfway house, home confinement, or RRC to which he alleges he is entitled, 18 U.S.C. § 3621(b), and that he has been denied individual review in violation of 18 U.S.C. § 3624(c) (the "Second Chance Act"). He seeks injunctive relief in the form of the Court ordering the BOP to evaluate his circumstances in accordance with these statutes and applicable guidelines and that he be granted one year of community confinement. *See Richmond v. Scibana,* 387 F.3d 602 (7th Cir. 2004) ("challenges to rules that affect placement in community confinement" are properly brought under the APA after administrative remedies have been exhausted).

The Director of the BOP, in his official capacity, appears to be the appropriate defendant against whom to pursue this claim under the APA. 18 U.S.C. § 3624(c). Accordingly, the **clerk is directed to update the docket** by **substituting** Thomas R. Kane, Acting Director of the Federal Bureau of Prisons, in his official capacity, as the only defendant.

The plaintiff's APA claim against the Director of the Bureau of Prisons shall proceed as presented. No other viable claims have been identified by the Court. If the plaintiff believes that additional claims were alleged in the complaint but not identified by the Court, he shall have **through May 15, 2017,** in which to identify those claims.

## IV. Service of Process

The **clerk is designated**, pursuant to *Fed. R. Civ. P.* 4(c)(2), to issue process to Thomas R. Kane, Acting Director of the Federal Bureau of Prisons. The Marshal for this District or his Deputy shall serve the summons, together with a copy of the complaint (without exhibits), filed on April 4, 2017 (docket 1), and a copy of this Entry, on the defendant and on the officials designated pursuant to *Fed. R. Civ. P.* 4(i)(2), at the expense of the United States.

**IT IS SO ORDERED.**

Date: 4/14/17

*William T. Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

WILLIAM C. DAVIS
43390-060
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

United States Marshal
46 East Ohio Street
179 U.S. Courthouse
Indianapolis, IN 46204

**NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.**